AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-sw-05852-GPG | Date and time warrant executed: 8/30/2019 3:30 PM | Copy of warrant and inventory left with: Searched Vehicle |
| Inventory made in the presence of : SA John Busch & SA Alex Zappe | | |
| Inventory of the property taken and name of any person(s) seized: See Attached | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:01 pm, Sep 05, 2019
JEFFREY P. COLWELL, CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/4/2019

_____
*Executing officer's signature*
John Busch  FBI SA
*Printed name and title*

FD-597 (Rev. 4-13-2015)  Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 9E-DN-3158739

On (date) 8/30/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) 2005 Chrysler Town + Country; License 324GLQ
(Street Address) at Mesa County Sheriff's Office
(City) 215 Rice Street Grand Junction, CO

Description of Item(s): Indicia: Vehicle Purchase Receipt
Yellow + Black Toolbox containing the following items:
- bag of flour 32oz
- box of latex gloves 50 ct.
- box of vinyl gloves 8 ct.
- box of storage bags Qt 20 ct.
- Roll of Trash bags 10 ct
- Roll of Shrink wrap
- Roll grey Duct Tape
- Rope, green
- Small hacksaw
- 1 pair tin snips
- 1 jar bungee cords 20 ct
- Rachet strap
- Pocket Knife

Folding Pocket Knife - Ivory handle
Grey tote bag w/ Documents
HP Chromebook S/N 5CD9161P8H
Paperback Book "Serial Killers"

Received By: _____ (Signature)   Received From: _____ (Signature)

Printed Name/Title: _____   Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) _____

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____ Cont. _____

(Street Address) _____

(City) _____

Description of Item(s): Composition Book (Black + White)
Chain with 2 padlocks + Key
Rubber Mallet

Received By: _____ (Signature)

Printed Name/Title: _____

Received From: _____ (Signature)

Printed Name/Title: _____